

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-1121-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTINE HOPSON )<br>) | ORDER OF DISMISSAL |

Christine Hopson appeared before the Honorable William A. Webb, U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on April 8, 2014, and entered a plea of guilty to 21 U.S.C. § 844(a), Possession of Marijuana. The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Christine Hopson has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the 9 day of May, 2016

_____
James E. Gates
U.S. Magistrate Judge